PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00144-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| LEONARDO VELASQUEZ-MARTINEZ, JOSEPH ANDRADE, | CURRENT DATE: November 10, 2021<br>TIME: 1:00 p.m. |
| Defendants. | PROPOSED DATE: February 23, 2022 |
| | COURT: Hon. Barbara A. McAuliffe |

This case is set for status conference on November 10, 2021. As set forth below, the parties now move, by stipulation, to continue the status conference to February 23, 2022, and to exclude the time period between November 10, 2021 and February 23, 2022 under the Speedy Trial Act. The parties are in active plea negotiations and hope to resolve the case prior to February 23, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on November 10, 2021.

2. By this stipulation, defendants now move to continue the status conference until February 23, 2022, and to exclude time between November 10, 2021, and February 23, 2022, under Local Code T4.

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 700 pages of reports and other documents, and approximately 60 audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) The parties are in active plea negotiations. Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case. The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

    c) Counsel for defendants believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 10, 2021 to February 23, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: October 21, 2021 | PHILLIP A. TALBERT<br>Acting United States Attorney<br><br>/s/ JEFFREY A. SPIVAK<br>JEFFREY A. SPIVAK<br>Assistant United States Attorney |
| Dated: October 21, 2021 | /s/ GABRIEL J. PACHECO per email authorization<br>GABRIEL J. PACHECO<br>Counsel for Defendant<br>LEONARDO VELASQUEZ-MARTINEZ |
| Dated: October 21, 2021 | /s/ CHRISTOPHER CAINE per email authorization<br>CHRISTOPHER CAINE<br>Counsel for Defendant<br>JOSEPH ANDRADE |

### ORDER

IT IS SO ORDERED that the status conference is continued from November 10, 2021, to **February 23, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated: __October 21, 2021__        /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE