PHILLIP A. TALBERT
Acting United States Attorney
JEFFREY A. SPIVAK
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:19-CR-00144-DAD-BAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSEPH ANDRADE, | CURRENT DATE: February 23, 2022 TIME: 1:00 p.m. |
| Defendant. | PROPOSED DATE: May 11, 2022 |
| | COURT: Hon. Barbara A. McAuliffe |

This case is set for status conference on February 23, 2022. As set forth below, the parties now move, by stipulation, to continue the status conference to May 11, 2022, and to exclude the time period between February 23, 2022 and May 11, 2022 under the Speedy Trial Act.

The parties are in active plea negotiations and hope to resolve the case prior to May 11, 2022. If not, the parties would be prepared to set trial on May 11, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through defendants' counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on February 23, 2022.

2. By this stipulation, defendants now move to continue the status conference until May 11, 2022, and to exclude time between February 23, 2022, and May 11, 2022, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 700 pages of reports and other documents, and approximately 60 audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b) The parties are in active plea negotiations, and hope to resolve the case prior to May 11, 2022. Counsel for defendant desires additional time to consult with his client, review the charges, conduct investigation and research, review discovery and discuss potential resolution of the case. The COVID-19 pandemic has and continues to make certain tasks, such as client meetings, meetings with the government, and case investigation more difficult and more time consuming.

    c) Counsel for defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 23, 2022 to May 11, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

    IT IS SO STIPULATED.

Dated: February 14, 2022                      PHILLIP A. TALBERT
                                              Acting United States Attorney


                                              /s/ JEFFREY A. SPIVAK
                                              JEFFREY A. SPIVAK
                                              Assistant United States Attorney


Dated: February 14, 2022                      /s/ CHRISTOPHER CAINE per
                                              email authorization
                                              CHRISTOPHER CAINE
                                              Counsel for Defendant
                                              JOSEPH ANDRADE


## ORDER

IT IS SO ORDERED that the status conference is continued from February 23, 2022, to **May 11, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court will not grant further continuances, absent good cause, which will be narrowly construed, and will set a trial date at the May 11, 2022 status conference if the case is not resolved in advance of that status hearing.

IT IS SO ORDERED.

   Dated:   **February 15, 2022**              /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING EXCLUDABLE TIME                    3
PERIODS UNDER SPEEDY TRIAL ACT