HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:19-CR-00144-DAD-BAM |
| *Plaintiff,* | **APPLICATION AND ORDER FOR APPOINTMENT OF COUNSEL** |
| vs. | |
| JOSEPH ANDRADE, | |
| *Defendant,* | |

Defendant, Joseph Andrade, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

On May 11, 2022, this Court relieved retained attorney Christopher Caine and referred the matter to the Office of the Federal Defenders to obtain a Financial Affidavit and seek appointment of counsel. Mr. Andrade who is currently in custody submits the attached Financial Affidavit as evidence of his inability to retain counsel.

After reviewing her Financial Affidavit it is respectfully recommended that counsel be promptly appointed to facilitate in advance for upcoming hearing regarding new counsel.

DATED: May 13, 2022                                  */s/ Eric V. Kersten*

                                                                      ERIC V. KERSTEN
                                                                      Assistant Federal Defender
                                                                      Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel be promptly appointed pursuant to 18 U.S.C. § 3006A. Mr. Andrade is out of custody.

IT IS SO ORDERED.

Dated:  **May 13, 2022**                  /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE