| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | ERIN SNIDER, CA Bar #304781 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | JOSEPH ANDRADE |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00144-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:   August 24, 2022 |
| JOSEPH ANDRADE, | Time:   1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Joseph Andrade, that the Court may continue the status conference currently scheduled for May 20, 2022, at 2:00 p.m. to August 24, 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. On May 11, 2022, the Court granted prior defense counsel's motion to withdraw as counsel. The Court thereafter appointed the Federal Defender's Office to represent Mr. Andrade.

2. Undersigned defense counsel has been in contact with prior defense counsel, who intends to deliver the discovery materials to the Federal Defender's Office on May 18, 2022.

3. Undersigned defense counsel requires time to review discovery, consult with her

1  client regarding his options, and conduct necessary investigation.

2      4.    Undersigned defense counsel believes that failure to grant the above-requested
3  continuance would deny her the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5      5.    Undersigned defense counsel has been in contact with Mr. Andrade, who has no
6  objection to the requested continuance.

7      6.    The government does not object to the requested continuance.

8      7.    Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10  original date prescribed by the Speedy Trial Act.

11      8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12  *et seq.*, within which trial must commence, the time period of May 20, 2022, to August 24, 2022,
13  inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: May 18, 2022        */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: May 18, 2022        */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSEPH ANDRADE

# **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for May 20, 2022, at 2:00 p.m. is hereby continued to August 24, 2022, at 1:00 p.m. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 20, 2022, to August 24, 2022, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated: **May 18, 2022**

UNITED STATES MAGISTRATE JUDGE