HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00144-DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER** |
| vs. | Date: November 9, 2022 |
| JOSEPH ANDRADE, | Time: 1:00 p.m.<br>Judge: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Joseph Andrade, that the Court may continue the status conference currently scheduled for August 24, 2022, at 1:00 p.m. to November 9, 2022, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. On May 11, 2022, the Court granted prior defense counsel's motion to withdraw as counsel. The Court thereafter appointed the Federal Defender's Office to represent Mr. Andrade.

2. On May 20, 2022, the government provided discovery to undersigned defense counsel. The discovery consists of 754 Bates-marked items.

3. Undersigned defense counsel requires time to review discovery, consult with her

1 client regarding his options, and conduct necessary investigation.

2     4. Undersigned defense counsel believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    5. Undersigned defense counsel has been in contact with Mr. Andrade, who has no objection to the requested continuance.

    6. The government does not object to the requested continuance.

    7. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 24, 2022, to November 9, 2022, inclusive, is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: August 15, 2022      */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: August 15, 2022      */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSEPH ANDRADE

## **O R D E R**

**IT IS SO ORDERED.** The status currently scheduled for August 24, 2022, at 1:00 p.m. is hereby continued to **November 9, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 24, 2022, to November 9, 2022, inclusive, is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **August 16, 2022**          /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE