HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00144-ADA-BAM-2 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date:  June 14, 2023 |
| JOSEPH ANDRADE, | Time:  1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Joseph Andrade, that the Court may continue the status conference currently scheduled for April 12, 2023, at 1:00 p.m. to June 14, 2023, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. On May 11, 2022, the Court granted prior defense counsel's motion to withdraw as counsel. The Court thereafter appointed the Federal Defender's Office to represent Mr. Andrade.

2. On May 20, 2022, the government provided discovery to undersigned defense counsel. The discovery consists of 754 Bates-marked items.

3. Undersigned defense counsel requires time to review discovery, consult with her

1  client regarding his options, and conduct necessary investigation.

2      4.    Undersigned defense counsel believes that failure to grant the above-requested
3  continuance would deny her the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5      5.    The government does not object to the requested continuance.

6      6.    Based on the above-stated findings, the ends of justice served by continuing the
7  case as requested outweigh the interest of the public and the defendant in a trial within the
8  original date prescribed by the Speedy Trial Act.

9      7.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
10 *et seq.*, within which trial must commence, the time period of April 12, 2023, to June 14, 2023,
11 inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

12 **IT IS SO STIPULATED.**

13         Respectfully submitted,

14
15         PHILLIP A. TALBERT
        United States Attorney

16 Date: April 5, 2023     */s/ Jeffrey Spivak*
        JEFFREY SPIVAK
17         Assistant United States Attorney
        Attorney for Plaintiff
18
19
20         HEATHER E. WILLIAMS
        Federal Defender
21
22 Date: April 5, 2023     */s/ Erin Snider*
        ERIN SNIDER
23         Assistant Federal Defender
        Attorney for Defendant
24         JOSEPH ANDRADE

25
26
27
28

# ORDER

IT IS SO ORDERED that the status conference is continued from April 12, 2023, to **June 14, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   **April 5, 2023**                           /s/ Barbara A. McAuliffe
                                                UNITED STATES MAGISTRATE JUDGE