HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:19-cr-00144-ADA-BAM-2 |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER** |
| vs. | Date: November 8, 2023 |
| JOSEPH ANDRADE, | Time: 1:00 p.m. |
| Defendant. | Judge: Hon. Barbara A. McAuliffe |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Joseph Andrade, that the Court may continue the status conference currently scheduled for September 13, 2023, at 1:00 p.m. to November 8, 2023, at 1:00 p.m. before the Honorable Barbara A. McAuliffe.

The parties agree and request the Court find the following:

1. On May 11, 2022, the Court granted prior defense counsel's motion to withdraw as counsel. The Court thereafter appointed the Federal Defender's Office to represent Mr. Andrade.

2. On May 20, 2022, the government provided discovery to undersigned defense counsel. The discovery consists of 754 Bates-marked items.

3. Undersigned defense counsel requires time to review a plea agreement with her

1  client.

2      4.    Undersigned defense counsel believes that failure to grant the above-requested
3  continuance would deny her the reasonable time necessary for effective preparation, taking into
4  account the exercise of due diligence.

5      5.    The government does not object to the requested continuance.

6      6.    In the event the parties are unable to resolve the case before the November 8,
7  2023 status conference, the parties intend to set the matter for trial.

8      7.    Based on the above-stated findings, the ends of justice served by continuing the
9  case as requested outweigh the interest of the public and the defendant in a trial within the
10  original date prescribed by the Speedy Trial Act.

11      8.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
12  *et seq.*, within which trial must commence, the time period of September 13, 2023, to November
13  8, 2023, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(7)(A) and (B)(iv).

14  **IT IS SO STIPULATED.**

15      Respectfully submitted,

16
17      PHILLIP A. TALBERT
    United States Attorney

18  Date: September 6, 2023    */s/ Jeffrey Spivak*
19      JEFFREY SPIVAK
    Assistant United States Attorney
    Attorney for Plaintiff

20
21
22      HEATHER E. WILLIAMS
    Federal Defender
23
24  Date: September 6, 2023    */s/ Erin Snider*
    ERIN SNIDER
25      Assistant Federal Defender
    Attorney for Defendant
26      JOSEPH ANDRADE
27
28

**ORDER**

IT IS SO ORDERED that the status conference is continued from September 13, 2023, to **November 8, 2023, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv). If the parties do not resolve the case in advance of the next status conference, they shall be prepared to set a trial date at the status conference hearing.

IT IS SO ORDERED.

Dated: **September 6, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE