1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  ERIN SNIDER, CA Bar #304781
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   JOSEPH ANDRADE
7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | Case No. 1:19-cr-00144-ADA-BAM-2
12 | Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE AND SET FOR CHANGE OF PLEA; ORDER**
13 | vs. |
14 | JOSEPH ANDRADE, | Date:   January 22, 2024
   |                 | Time:   10:00 a.m.
15 | Defendant. | Judge: Hon. Ana de Alba

16

17       IT IS HEREBY STIPULATED by and between the parties through their respective

18 counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant

19 Federal Defender Erin Snider, counsel for Joseph Andrade, that the Court may vacate the status

20 conference currently scheduled for November 8, 2023, at 1:00 p.m. and set this matter for a

21 change of plea hearing on January 22, 2024, before the Honorable Ana de Alba.

22       The parties agree and request the Court find the following:

23       1.    By previous order, this matter was set for a status conference on November 8,

24 2023.

25       2.    The parties have reached a tentative resolution.

26       3.    The parties therefore request that the Court vacate the November 8, 2023 status

27 conference and set this matter for a change of plea hearing on January 22, 2024.

28       4.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

*et seq.*, within which trial must commence, the time period of November 8, 2023, to January 22, 2024, inclusive, is excludable pursuant to 18 U. S. C. § 3161(h)(1)(G), as the delay results from consideration by the court of a proposed plea agreement.

**IT IS SO STIPULATED.**

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: November 1, 2023          */s/ Jeffrey Spivak*
JEFFREY SPIVAK
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: November 1, 2023          */s/ Erin Snider*
ERIN SNIDER
Assistant Federal Defender
Attorney for Defendant
JOSEPH ANDRADE

**ORDER**

IT IS SO ORDERED that the status conference set for November 8, 2023, is vacated. A change of plea hearing is set for **January 22, 2024, at 8:30 a.m. before District Judge Ana de Alba**. Time is excluded pursuant to 18 U.S. C. § 3161(h)(1)(G).

IT IS SO ORDERED.

Dated:   **November 1, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE