HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ANDRADE,<br><br>Defendant. | Case No. 1:19-cr-00144-NODJ-BAM-2<br><br>**STIPULATION TO CONTINUE CHANGE-OF-PLEA HEARING; ORDER**<br><br>Date:   February 12, 2024<br>Time:  8:30 a.m.<br>Judge: TBD |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney Jeffrey Spivak, counsel for plaintiff, and Assistant Federal Defender Erin Snider, counsel for Joseph Andrade, that the Court may continue the change-of-plea hearing currently scheduled for January 22, 2024, to February 12, 2024, at 8:30 a.m.

The parties agree and request the Court find the following:

1. By previous order, this matter was set for a change-of-plea hearing on January 22, 2024.

2. The parties have reached a resolution but require additional time to finalize the plea agreement.

3. The parties therefore request that the Court continue the January 22, 2024 change-of-plea hearing to February 12, 2024, at 8:30 a.m.

1    4.  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
2  *et seq.*, within which trial must commence, the time period of January 22, 2024, to February 12,
3  2024, inclusive, is excludable pursuant to 18 U.S. C. § 3161(h)(1)(G). Specifically, the parties
4  agree that the ends of justice served by continuing the case as requested outweigh the interest of
5  the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act
6  because the continuance ensures continuity of counsel and the delay results from defense
7  counsel's continued review of discovery and case assessment, defense counsel's need to review
8  the plea agreement with her client, and the court's consideration of the plea agreement..

9  **IT IS SO STIPULATED.**

10                                  Respectfully submitted,

11
                                    PHILLIP A. TALBERT
12                                  United States Attorney

13 Date: January 15, 2024            */s/ Jeffrey Spivak*
                                    JEFFREY SPIVAK
14                                  Assistant United States Attorney
                                    Attorney for Plaintiff
15

16

17                                  HEATHER E. WILLIAMS
                                    Federal Defender
18

19 Date: January 15, 2024            */s/ Erin Snider*
                                    ERIN SNIDER
20                                  Assistant Federal Defender
                                    Attorney for Defendant
21                                  JOSEPH ANDRADE

22

23 / / /

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

# **O R D E R**

**IT IS SO ORDERED.** The change-of-plea hearing scheduled for January 22, 2024, is hereby continued to **February 12, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 22, 2024, to February 12, 2024, inclusive, is excludable pursuant to 18 U.S.C. 3161(h)(1)(G) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **January 16, 2024**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE