HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIN M. SNIDER, CA Bar #304781
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
JOSEPH ANDRADE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH ANDRADE,<br><br>Defendant. | Case No. 1:19-cr-00144-NODJ-BAM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING**<br><br>Date: June 5, 2024<br>Time: 8:30 a.m. |

For the reasons set forth in Defendant Joseph Andrade's unopposed motion to continue sentencing hearing, the sentencing hearing currently scheduled for May 20, 2024, at 8:30 a.m. is hereby continued to **June 5, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**.

IT IS SO ORDERED.

Dated:  **May 13, 2024**          /s/ *Barbara A. McAuliffe*
                                                 UNITED STATES MAGISTRATE JUDGE